# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM



# BANKRUPTCY APPEAL TRANSMITTAL FORM

Case Number:   12−32118 − C − 9

DCN:   **2:14-cv-1272 KJM (BK)**

**Debtor Name(s) and Address(es):**

City of Stockton, California
City Hall
425 North El Dorado Street
Stockton, CA 95202

**FILED**
May 23, 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TO:   U.S. District Court
      501 I Street, Suite 4−200, Sacramento, California 95814 ((916) 930−4000).

FROM: U.S. Bankruptcy Court
      Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order):  Christopher M. Klein

Date Notice of Appeal Filed:  5/21/14

Date of Entry of Order Appealed From:  5/8/14

Date Bankruptcy Case Filed:  6/28/12

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  5/23/14

Filing Fee Paid?  Yes

Dated:
5/23/14

For the Court,
Wayne Blackwelder , Clerk

Bradford J. Dozier SBN 142061
ATHERTON & DOZIER
305 N. El Dorado St., Suite 301
Stockton, CA   95202
Telephone:  (209) 948-5711

Attorney for Creditor, Objector,
and Appellant MICHAEL A. COBB

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

---o0o---

| | |
|---|---|
| In re:<br><br>CITY OF STOCKTON, CALIFORNIA,<br><br>    Debtor. | **Case No. 2012-32118**<br><br>**Chapter 9** |

## NOTICE OF APPEAL

MICHAEL A. COBB, a creditor and objector to the "First Amended Plan for the Adjustment of Debts of City of Stockton, California filed November 15, 2013" (Docket No. 1204), the "Plan," appeals under 28 U.S.C. § 158 (a) or (b) from the judgment, order, or decree of the bankruptcy judge Christopher Klein entered in the proceeding concerning the objection made to the Plan on May 7 and/or 8, 2014 (Docket Nos. 1479 and 1480).

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1
NOTICE OF APPEAL

Atherton & Dozier
ATTORNEYS AT LAW
305 N. EL DORADO ST., STE. 301
STOCKTON  CA 95202
Telephone (209) 948-5711

6

**Party: City of Stockton**

Represented by:

ORRICK, HERRINGTON & SUTCLIFFE, LLP
Marc A. Levinson
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone: (916) 447-9200

ORRICK, HERRINGTON & SUTCLIFFE, LLP
Robert M. Loeb
Columbia Center
1152 15th Street
Washington, D.C. 20005
Telephone: (202) 339-8475


**Party:  Michael A. Cobb**

Represented by:

ATHERTON & DOZIER
Bradford J. Dozier
305 N. El Dorado St., Suite 301
Stockton, CA  95202
Telephone:  (209) 948-5711

Dated:  May 21, 2014

               ATHERTON & DOZIER


              /s/ *Bradford J. Dozier*
               Bradford J. Dozier
             Attorney for Creditor, Objector, and
              Appellant MICHAEL A. COBB

2
NOTICE OF APPEAL

Atherton & Dozier
ATTORNEYS AT LAW
305 N. EL DORADO ST., STE. 301
STOCKTON  CA 95202
Telephone (209) 948-5711

7

Bradford J. Dozier SBN 142061
ATHERTON & DOZIER
305 N. El Dorado St., Suite 301
Stockton, CA 95202
Telephone: (209) 948-5711

Attorney for Creditor, Objector,
and Appellant MICHAEL A. COBB

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

---o0o---

| | |
|---|---|
| In re: ) | **Case No. 2012-32118** |
| CITY OF STOCKTON, CALIFORNIA, ) | |
| ) | **Chapter 9** |
| Debtor. ) | |
| ) | |

## STATEMENT OF ELECTION TO APPEAL TO U.S. DISTRICT COURT

Pursuant to 28 U.S.C. § 158(c)(1) and F.R.B.P. 8001, appellant MICHAEL A. COBB, contemporaneously with his filing of a Notice of Appeal, hereby elects to have his appeal heard by the United States District Court.

Dated: May 21, 2014

ATHERTON & DOZIER

/s/ *Bradford J. Dozier*
Bradford J. Dozier
Attorney for Creditor, Objector, and
Appellant MICHAEL A. COBB

Atherton & Dozier
ATTORNEYS AT LAW
305 N. EL DORADO ST., STE. 301
STOCKTON CA 95202
Telephone (209) 948-5711

STATEMENT OF ELECTION TO APPEAL TO U.S. DISTRICT COURT

8

**FILED**
MAY -8 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:                                 ) Case No. 12-32118-C-9
                                       )
CITY OF STOCKTON, CALIFORNIA,          )
                                       )
                                       )
                    Debtor(s).         )
_____)

**ORDER OVERRULING OBJECTION TO CONFIRMATION**
**OF PLAN OF ADJUSTMENT**

Findings of fact and conclusions of law having been stated orally on the record in which this court chronicled the history of the condemnation and inverse condemnation actions that formed the basis of Michael Cobb's claims and noting that the decision of the California Court of Appeal regarding statute of limitations for the inverse condemnation action filed in 2007 by Michael Cobb (<u>Cobb v. City of Stockton</u>, 192 Cal. App. 4th 65, 120 Cal. Rptr. 3d 389, Cal. App. 3 Dist., January 26, 2011), dealt with only a narrow statute of limitations question that did not foreclose such other defenses as laches against Michael Cobb for having done nothing to pursue his claim for greater compensation, which was all that remained (pursuant to California Code of Civil Procedure § 1255.260) after he withdrew in November 2000 the $90,200 that the City had deposited in the state treasury as probable compensation, and that continues to restrict his remedies even after the initial condemnation action was dismissed

1  in 2007 on account of inaction (the majority of which inaction is
2  ascribed to Michael Cobb who had the burden of going forward
3  after withdrawing the deposit) and for the other reasons
4  explained on the record,
5      IT IS ORDERED that the objection of Michael Cobb to
6  confirmation of the pending plan of adjustment filed by the City
7  of Stockton on account of his treatment as an unsecured creditor
8  is OVERRULED.
9      Dated:  May 7, 2014.

_____
UNITED STATES BANKRUPTCY JUDGE

- 2 -

| | |
|---|---|
| 1 | **INSTRUCTIONS TO CLERK OF COURT** |
| | **SERVICE LIST** |
| 2 | |
| 3 | The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties: |
| 4 | Marc A. Levinson |
| 5 | 400 Capitol Mall #3000 |
| | Sacramento CA 95814-4407 |
| 6 | |
| 7 | Bradford J. Dozier |
| | 305 N El Dorado #301 |
| | Stockton CA 95202-2306 |
| 8 | |

- 3 -

Case 2:14-cv-01272-KJM   Document 1   Filed 05/23/14   Page 8 of 11
FORM EDC5564 Notice of Transfer of Appeal to the U.S. District Court for the Eastern District of California (v.5.13)
12−32118 − C − 9

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM



## NOTICE OF TRANSFER OF APPEAL TO THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Case Number:   12−32118 − C − 9                    DCN:

**Debtor Name(s) and Address(es):**

City of Stockton, California
 City Hall
425 North El Dorado Street
Stockton, CA 95202

A Notice of Appeal in this matter was filed by Michael A. Cobb with the Clerk of the U.S. Bankruptcy Court for the Eastern District of California on 5/21/14, together with appellant's separate written election to have the appeal heard by the district court.

**NOTICE IS HEREBY GIVEN** that by virtue of 28 U.S.C. §158, Fed.R.Bankr.P. 8001, and orders of the Judicial Council of the Ninth Circuit, the appeal has been transferred to the U.S. District Court for the Eastern District of California.

For additional information, you may contact the Clerk of the U.S. District Court for the Eastern District of California at 501 I Street, Suite 4−200, Sacramento, California 95814 ((916) 930−4000).

Dated:
5/23/14

For the Court,
Wayne Blackwelder , Clerk

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM



## CERTIFICATE OF NOTICE

**Case Number:** 12−32118 − C − 9

**DCN:**

**Debtor Name(s) and Address(es):**

City of Stockton, California
City Hall
425 North El Dorado Street
Stockton, CA 95202

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal, Notice of Transfer of Appeal to the U.S. District Court for the Eastern District of California, and Statement of Election were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| City of Stockton, CA<br>City Hall<br>425 N El Dorado Street<br>Stockton CA 95202 | John W. Killeen<br>400 Capitol Mall #3000<br>Sacramento CA 95814 | Robert M. Loeb<br>1152 15th St NW<br>Washington DC 20005 |
| Jeffrey D. Hermann<br>444 S Flower St #4300<br>Los Angeles CA 90017−0213 | U.S. Trustee<br>501 I Street, Room 7−500<br>Sacramento CA 95814 | Bradford J. Dozier<br>305 N El Dorado #301<br>Stockton CA 95202−2306 |
| Marc A. Levinson<br>400 Capitol Mall #3 000<br>Sacramento CA 95814−4407 | | |

Dated:
5/23/14

For the Court,
Wayne Blackwelder , Clerk

**ADVPEND, APPEAL**

# U.S. Bankruptcy Court [LIVE−CM 5.1]
## Eastern District of California (Sacramento)
### Bankruptcy Petition #: 12−32118

*Date filed:* 06/28/2012

*Assigned to:* Hon. Christopher M. Klein
Chapter 9
Voluntary
Asset

*Debtor*
**City of Stockton, California**
City Hall
425 North El Dorado Street
Stockton, CA 95202
SAN JOAQUIN−CA
Tax ID / EIN: 94−6000436

represented by **Patrick B. Bocash**
400 Capitol Mall #3000
Sacramento, CA 95814−4497
916−447−9200

**Jeffrey D. Hermann**
444 S Flower St #4300
Los Angeles, CA 90017−0213
(213) 489−4060

**Norman C. Hile**
400 Capitol Mall #3000
Sacramento, CA 95814
916−447−9200

**John W. Killeen**
400 Capitol Mall #3000
Sacramento, CA 95814
916−329−7921

**Marc A. Levinson**
400 Capitol Mall #3000
Sacramento, CA 95814−4407
(916) 447−9200

**Robert M. Loeb**
1152 15th St NW
Washington, DC 20005
202−339−8400

*U.S. Trustee*
**Office of the U.S. Trustee**
Robert T Matsui United States Courthouse
501 I Street, Room 7−500
Sacramento, CA 95814

*U.S. Trustee*
**Office Of The US Trustee**
Robert T. Matsui United States Courthous
501 I St #7−500
Sacramento, CA 95814

| **Filing Date** | **#** | **Docket Text** | |
|---|---|---|---|

1

| | | | | Doc. Locator ID |
|---|---|---|---|---|
| 05/08/2014 | | 1479 | Order Overruling 1261 Opposition/Objection (rgaf) (Entered: 05/08/2014) | 19776503 |
| 05/21/2014 | | 1520 | Notice of Appeal filed by Creditor Michael A. Cobb Re: 1479 Order (Fee Paid $298) (eFilingID: 5213826) (rpaf) (Entered: 05/22/2014) | 19876378 |
| 05/21/2014 | | 1521 | Statement of Election to have Appeal heard by U.S. District Court filed by Creditor Michael A. Cobb Re: 1520 Notice of Appeal (rpaf) (Entered: 05/22/2014) | 19876415 |
| 05/23/2014 | | 1522 | Transmittal to District Court in Sacramento Re: 1520 Notice of Appeal (rpaf) (Entered: 05/23/2014) | 19882689 |
| 05/23/2014 | | 1523 | Notice of Transfer of Appeal to U.S. District Court Re: 1520 Notice of Appeal (rpaf) (Entered: 05/23/2014) | 19882708 |
| 05/23/2014 | | 1524 | Certificate of Notice Re: 1520 Notice of Appeal, 1521 Statement of Election, 1523 Notice of Transfer of Appeal to U.S. District Court (rpaf) (Entered: 05/23/2014) | 19882768 |