UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>**City of Stockton, California**<br>           Debtor.<br>**Michael A. Cobb**,<br>           Appellant,<br>     v.<br>**City of Stockton, California**,<br>           Appellee. | District Court Case Number<br>NO. **2:14−CV−01272−KJM**<br>Bankruptcy Court Case Number<br>NO. **12−32118−C−9**<br>**STIPULATION AND ORDER ON REQUEST FOR CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES** |

   Appellant Michael A. Cobb and Appellee the City of Stockton (collectively, the "Parties"), through their respective counsel, hereby stipulate to the following:

   1.   On June 3, 2014, the Parties jointly filed their Official Form 24 – Certification To Court Of Appeals By All Parties [Bankr. Dkt. No. 1540] ("Certification Request") with the bankruptcy court. The Certification Request, a copy of which is attached hereto as Exhibit A, requests certification of this action to the Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 158(d).

   2.   Section 158(d)(2)(B)(ii) permits parties to a bankruptcy appeal to request certification to the court of appeals when they agree that circumstances warranting direct appeal

to the court of appeals are present. Upon such "request made by a majority of the appellants and a majority of the appellees," the court "shall make the certification" requested. *Id.* Certification in these circumstances is required and non-discretionary.

3. Federal Rule of Bankruptcy Procedure 8001(f)(3)(A) provides that the parties' request for certification "shall be filed . . . with the clerk of the court in which the matter is pending." For purposes of a request for certification of a bankruptcy appeal, Federal Rule of Bankruptcy Procedure 8007(b) provides that a matter is pending in the bankruptcy court until the record has been transmitted to the district court.

4. Although this action was pending in the bankruptcy court when the Parties filed the Certification Request, the record on appeal has now been transmitted to this Court with no action having been taken on the Certification Request. This Court is therefore now the court in which the matter is pending. The bankruptcy court clerk's Certificate Of Record To District Court Re: Bankruptcy Cases [Dkt. No. 3] is attached hereto as Exhibit B.

5. The undersigned respectfully renew their Certification Request before this Court, and request that the Court, pursuant to 28 U.S.C. § 158(d)(2)(B)(ii), and based on the information set forth in the Certification Request, enter the certification to the Court of Appeals for the Ninth Circuit.

/ / /

/ / /

| | |
|---|---|
| Dated: July 15, 2014 | MARC A. LEVINSON<br>ROBERT M. LOEB<br>Orrick, Herrington & Sutcliffe LLP |
| | By: _____*/s/ Marc A. Levinson*_____<br>MARC A. LEVINSON<br>Attorneys for Appellee<br>City of Stockton |
| Dated: July 15, 2014 | BRADFORD J. DOZIER<br>Atherton & Dozier |
| | By: */s/ Bradford J. Dozier (as authorized on July 15, 2014)*<br>BRADFORD J. DOZIER<br>Attorney for Appellant<br>Michael A. Cobb |

Based on the information set forth in the parties' certification request, and under 28 U.S.C. § 158(d)(2)(B)(ii), the court hereby certifies this action to the Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

DATED: August 6, 2014.

_____
UNITED STATES DISTRICT JUDGE