**FILED**

**NOV 14 2014**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL A. COBB,<br><br>   Objector - Petitioner,<br><br> v.<br><br>CITY OF STOCKTON,<br><br>   Debtor - Respondent. | No. 14-80121<br><br>D.C. No. 12-32118<br>Eastern District of California,<br>Sacramento<br><br>District Court # 2:14-cv-1272 KJM (BK)<br><br>ORDER |

Before: CANBY and OWENS, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 158(d) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

AC/MOATT